**GORDON REES SCULLY MANSUKHANI, LLP**
Douglas E. Motzenbecker
18 Columbia Turnpike, Suite 220
Florham Park, NJ 07932
Telephone: (973) 549-2500
Facsimile: (973) 377-1911
Email: dmotzenbecker@grsm.com
*Attorneys for Defendants 190 Main Street Associates, L.L.C., J.P. Management, L.L.C. (i/p/a JP Management Group, LLC), John Pjeternikaj Sr., and John Pjeternikaj Jr.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTHONY DIAZ, individually, and on behalf of others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>190 MAIN STREET ASSOCIATES, L.L.C., JP MANAGEMENT GROUP, LLC, JOHN PJETERNIKAJ SR., and JOHN PJETERNIKAJ JR.,<br><br>*Defendants*. | Civil Action No. 2:19-cv-00127-JMV-JAD |

### MOTION OF DEFENDANTS 190 MAIN STREET ASSOCIATES, L.L.C., J.P. MANAGEMENT, L.L.C., JOHN PJETERNIKAJ SR., AND JOHN PJETERNIKAJ JR. TO APPROVE SETTLEMENT

TO:   Jason T. Brown
      BROWN, LLC
      111 Town Square Place, Suite 400
      Jersey City, NJ 07310

PLEASE TAKE NOTICE, that on Monday, December 16, 2019 at 9:00 a.m. or as soon thereafter as counsel may be heard, defendants 190 Main Street Associates, L.L.C., J.P.

Management, L.L.C., John Pjeternikaj Sr., and John Pjeternikaj Jr. ("Defendants") will move for an Order approving the Settlement Agreement and Release executed by the parties; and

PLEASE TAKE FURTHER NOTICE, that in support of the within motion, Defendants will rely upon the Declaration of Douglas E. Motzenbecker and the Memorandum of Law that are being filed and served herewith; and

PLEASE TAKE FURTHER NOTICE, that oral argument is respectfully requested.

**GORDON REES SCULLY MANSUKHANI, LLP**

By: *s/ Douglas E. Motzenbecker*
Douglas E. Motzenbecker

Dated: November 20, 2019

## DECLARATION

I certify that on the date entered below, I caused true and complete copies of the within Notice of Motion, proposed Order, Declaration of Douglas E. Motzenbecker, and Memorandum of law to be filed and served upon all counsel of record via the Court's electronic filing system. Further, I certify that, on Wednesday, November 20, 2019, I will cause a hard copy to be sent to the Chambers of Hon. Joseph A. Dickson, U.S.M.J.

I declare under penalty of perjury that the foregoing statements are true and correct.

*s/ Douglas E. Motzenbecker*
Douglas E. Motzenbecker

Dated: November 20, 2019